**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Victor SANCHEZ–GARCIA, also known as Victor Martinez Hernandez, Defendant—Appellant.**

**Nos. 03–30258, 03–30259.**

United States Court of Appeals, Ninth Circuit.

Argued July 13, 2004.

Submitted July 22, 2005.

Decided July 22, 2005.

Gregory M. Shogren, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff-Appellee.

John A. Maxwell, Jr., Esq., Meyer Fluegge & Tenney, PS, Yakima, WA, for Defendant-Appellant.

Before: B. FLETCHER, HAMILTON,* and BERZON, Circuit Judges.

---

* The Honorable Clyde H. Hamilton, Senior     United States Circuit Judge for the Fourth

MEMORANDUM **

Victor Sanchez–Garcia appeals his sentence for conspiring to export cocaine in violation of 21 U.S.C. § 963 and being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291.

Because Sanchez–Garcia did not challenge his resentencing on Sixth Amendment grounds in the district court, we review his sentence for plain error. *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc). A remand is appropriate under *Ameline*, because Sanchez–Garcia is pursuing re-sentencing and we cannot "reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory." *Id.* at 1084.

We do not consider Sanchez–Garcia's challenges to the sentence enhancements imposed by the district court, as we cannot determine whether the district court will impose the same enhancements applying the Guidelines as advisory.

REMANDED.

Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.